# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FIDEL H. PAJARILLO, | |
| Appellant, | Case No.: 2:19-cv-02106-GMN |
| vs. | |
| | **ORDER** |
| RICK A. YARNALL, as Chapter 13 Bankruptcy Trustee; U.S. Bank, N.A., | |
| Appellants. | |

Pending before the Court are Appellant Fidel H. Pajarillo's ("Appellant's") Ex Parte Motions for Emergency Temporary Restraining Order, (ECF Nos. 18, 19), requesting that the Court enjoin a foreclosure sale scheduled for May 21, 2021. On December 9, 2019, Appellant initiated this bankruptcy appeal following the Bankruptcy Court's dismissal of his underlying bankruptcy case. (Notice of Appeal, ECF No. 1). On March 24, 2021, this Court affirmed the Bankruptcy Court's dismissal of Appellant's bankruptcy case, entered judgment, and closed the case. (*See* Order, ECF No. 16); (J., ECF No. 17).

Federal Rule of Appellate Procedure 6 applies the rules of appellate procedure to bankruptcy appeals in district courts. *See* Fed. R. App. P. 6(a). Under the Federal Rules of Appellate Procedure, appellate courts are expressly limited to granting injunctive relief while an appeal is pending. *See* Fed. R. App. P. 8(a)(2)(A). In the present case, given that the appeal has closed, this Court lacks jurisdiction to issue a temporary restraining order. Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motions, (ECF Nos. 18, 19) are **DENIED**.

DATED this __20__ day of May, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

Page 1 of 1